Louis H. Pink, Original Plaintiff, Robert E. Dineen, Superintendent of Insurance of State of New York, as Liquidator of National Surety Company, Successor Plaintiff, Appellee, v. Peter S. Sarelas, Appellant.

Gen. No. 44,406.

opinion filed November 3, 1948; rehearing denied November 23, 1948; released for publication December 2, 1948. George A. Bosomburg, for appellant; Henry G. Ferncase, for appellee. Opinion by JUSTICE KILEY. Not to be published in full.

William G. Galloway, Appellant, v. Atchison, Topeka and Santa Fe Railway Company, Appellee.

Gen. No. 44,302.

opinion filed